| | | | |
|---|---|---|---|
| Newton v. Benjamin | 1107 MDA 2016 Appeal dismissed | 01/03/2017 | 15–0107 (Union) |
| J.D.H., Jr. v. M.H. | 1245 MDA 2016 Affirmed | 01/03/2017 | 2055–FC–001269–03 (York) |
| Com. v. Jackson | 1736 WDA 2015 Vacated and Remanded | 01/03/2017 | CP–02–CR–0008775– 2011 (Allegheny) |
| Com. v. Kelly | 1821 WDA 2015 Affirmed | 01/03/2017 | CP–37–CR–0000819– 2014 (Lawrence) |
| Com. v. Dudley | 197 WDA 2016 Affirmed | 01/03/2017 | CP–02–CR–0012381– 2013 (Allegheny) |
| Com. v. Mallin | 404 WDA 2016 Affirmed | 01/03/2017 | CP–25–CR–0001136– 2014 CP–25–CR–0001140– 2014 (Erie) |
| Com. v. Ireland | 536 WDA 2016 Affirmed | 01/03/2017 | CP–25–CR–0001402– 2015 (Erie) |
| Com. v. McCollum | 618 WDA 2016 Affirmed | 01/03/2017 | CP–26–CR–0001073– 2015 (Fayette) |
| Com. v. Thomas | 735 WDA 2016 Affirmed | 01/03/2017 | CP–20–CR–0000240– 2014 (Crawford) |
| Com. v. Grubbs | 737 WDA 2016 Affirmed | 01/03/2017 | CP–65–CR–0001175– 2013 (Westmoreland) |
| Com. v. Jacobs | 2755 EDA 2014 Affirmed | 01/04/2017 | CP–46–CR–0002057– 2009 (Montgomery) |
| Com. v. Leach | 2296 EDA 2015 Affirmed | 01/04/2017 | CP–51–CR–0002066– 2012 (Philadelphia) |
| Com. v. Pagan–Afanador | 3493 EDA 2015 Affirmed | 01/04/2017 | CP–23–CR–0001065– 2013 (Delaware) |
| Com. v. Chambarlain | 3525 EDA 2015 Affirmed | 01/04/2017 | CP–51–CR–0203881– 2006 (Philadelphia) |
| Com. v. Jauregui | 59 EDA 2016 Affirmed | 01/04/2017 | CP–23–SA–0000332– 2015 (Delaware) |
| In re Adoption of M.L.A.S., Jr. | 2343 EDA 2016 Affirmed | 01/04/2017 | 2016–A0028 (Montgomery) |
| In re Adoption of M.R.T.S. | 2344 EDA 2016 Affirmed | 01/04/2017 | 2016–A0029 (Montgomery) |
| In re Adoption of J.A.S. | 2345 EDA 2016 Affirmed | 01/04/2017 | 2016–0030 (Montgomery) |